NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SONOVA AG,**
*Appellant*

**v.**

**MED-EL ELEKTROMEDIZINISCHE GERATE GMBH,**
*Appellee*

———————————

2021-2138

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00176.

———————————

**JUDGMENT**

———————————

MARCUS EDWARD SERNEL, Kirkland & Ellis LLP, Chicago, IL, argued for appellant.  Also represented by GREG MATTHEW POLINS.

KERRY L. TIMBERS, Sunstein LLP, Boston, MA, argued for appellee.  Also represented by ROBERT M. ASHER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2022            /s/ Peter R. Marksteiner
   Date                  Peter R. Marksteiner
                         Clerk of Court